UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
                 :
UNITED STATES OF AMERICA,                  :
                 :
        -v-                  :        19-CR-131 (PAE)
                 :
KARI PARKER,                  :        <u>SCHEDULING ORDER</u>
                 :
        Defendant.                :
                 :
------------------------------------------------------------------------ X

PAUL A. ENGELMAYER, District Judge:

       The Court schedules a telephonic conference in this case for **June 2, 2020** at **10:45 a.m.** The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer. To access the conference, the parties should call 888-363-4749 and use access code 468-4906.

       SO ORDERED.

Dated: May 28, 2020
       New York, New York

                                               *Paul A. Engelmayer*
                                               PAUL A. ENGELMAYER
                                               United States District Judge