UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
   UNITED STATES OF AMERICA      :     <u>ORDER</u>
        - v. -            :
:     19-CR-131-10 (PAE)
   KARI PARKER,          :
:
        Defendant.       :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PAUL A. ENGELMAYER, District Judge:

        IT IS HEREBY ORDERED that the terms of supervised release for KARI

PARKER, the defendant, be amended to include the following additional conditions:

1. The defendant shall stay-away from ████████████, including but not limited to the residence, business, school, and place of employment of ████████; shall avoid communicating with ████████ by mail, telephone, email, voicemail, or other electronic means directly or indirectly; and contacting ████████ through third parties.

2. The defendant shall refrain from engaging in violence against ████████ or threatening violence against ████████, directly or indirectly.

3. The defendant shall be subject to a mental health evaluation and mental health treatment, as directed by the Probation Department.

SO ORDERED.

Dated: New York, New York
      June  <u>5</u> , 2020

                *Paul A. Engelmayer*
                HONORABLE PAUL A. ENGELMAYER
                UNITED STATES DISTRICT JUDGE
                SOUTHERN DISTRICT OF NEW YORK