**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
850 THIRD AVENUE
14TH FLOOR
NEW YORK, N.Y. 10022

DANIEL S. PARKER
MICHAEL CARMODY
CHRISTINA S. COOPER

TELEPHONE: (212) 239-9777
FACSIMILE:  (212) 239-9175
DanielParker@aol.com

August 4, 2020

**By ECF**
Hon. Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: <u>United States v.  Kari Parker</u>
**19 Cr 131 (PAE) - VOSR**

Dear Judge Engelmayer:

   I write with the consent of the Government requesting that the Court adjourn the previously-scheduled conference for this Thursday at 10 a.m. for approximately 60 days.

   Mr. Parker has not yet resolved the misdemeanor State court matter that serves as one of the underlying specifications in the VOSR and although he has a court date scheduled in approximately two weeks, I have doubts whether it will be resolved on that date.

   I have conferred with AUSA Daniel Wolf who has advised me that he conferred with Probation officials regarding this application and that Probation also does not object.

   If the foregoing meets with Your Honor's approval, then I respectfully request that you "So Order" this letter. Thank you for your attention to, and consideration in, this matter.  I hope you and your staff are well.

Respectfully submitted,

/s/

Daniel S. Parker
Parker and Carmody, LLP
850 Third Ave., 14th Floor
New York, NY 10022
Tel. 212-239-9777

**GRANTED.** The conference is adjourned to October 8, 2020 at 11:30 a.m. The Clerk of Court is requested to terminate the motion at Dkt. No. 426.

8/4/2020

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Cc:   AUSA Dan Wolf (By ECF and email)