**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
850 THIRD AVENUE
14TH FLOOR
NEW YORK, N.Y. 10022

DANIEL S. PARKER                                                                                          TELEPHONE: (212) 239-9777
MICHAEL CARMODY                                                                                      FACSIMILE:  (212) 239-9175
CHRISTINA S. COOPER                                                                                    DanielParker@aol.com

October 4, 2020

**By ECF**
Hon. Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: <u>United States v.  Kari Parker</u>
19 Cr 131 (PAE) - VOSR

Dear Judge Engelmayer:

   I write with the consent of the Government requesting that the Court adjourn the previously scheduled conference for this Thursday at 11:30 a.m. for approximately 60-90 days.

   I have conferred with AUSA Daniel Wolf who has advised me that he conferred with Probation officials regarding this application and that Probation also does not object.

   If the foregoing meets with Your Honor's approval, then I respectfully request that you "So Order" this letter. Thank you for your attention to, and consideration in, this matter.  I hope you and your staff are well.

Respectfully submitted,

/s/

Daniel S. Parker
Parker and Carmody, LLP
850 Third Ave., 14th Floor
New York, NY 10022
Cell:    917-670-7622

Cc:  AUSA Dan Wolf (By ECF and email)

---

**GRANTED.** The Court adjourns the conference, scheduled for October 8, 2020, and schedules a control date for December 2, 2020 at 10:30 a.m. The Clerk of Court is requested to terminate the motion at Dkt. No. 507.

10/5/2020

SO ORDERED.

    */s/ Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge