UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
            :
UNITED STATES OF AMERICA,         :
            :
       -v-           :      19-CR-131 (PAE)
            :
KARI PARKER,           :      <u>SCHEDULING ORDER</u>
            :
        Defendant.         :
            :
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

       The next scheduled conference in this case will take place via telephone on **December 2, 2020** at **10:30 a.m.** The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer.  To access the conference, the parties should call 888-363-4749 and use access code 468-4906.

       SO ORDERED.

Dated: November 25, 2020
       New York, New York

                                              PAUL A. ENGELMAYER
                                              United States District Judge