UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KARI PARKER,<br><br>                       Defendant. | ORDER<br><br>19-CR-131-10 (PAE) |

PAUL A. ENGELMAYER, District Judge:

IT IS HEREBY ORDERED that the terms of supervised release for KARI PARKER, the defendant, be modified to include the following additional condition:

KARI PARKER, the defendant, shall be required to call his United States Probation Officer once per week, as instructed by his United States Probation Officer.

SO ORDERED.

Dated: New York, New York
       December 3, 2020

                                          *Paul A. Engelmayer*
                                        HONORABLE PAUL A. ENGELMAYER
                                        UNITED STATES DISTRICT JUDGE
                                        SOUTHERN DISTRICT OF NEW YORK