**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
850 THIRD AVENUE
14TH FLOOR
NEW YORK, N.Y. 10022

| | |
|---|---|
| **DANIEL S. PARKER**<br>MICHAEL CARMODY<br>CHRISTINA S. COOPER | TELEPHONE: (212) 239-9777<br>FACSIMILE:  (212) 239-9175<br>DanielParker@aol.com |

January 8, 2021

**By ECF**
Hon. Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: <u>United States v.  Kari Parker</u>
19 Cr 131 (PAE) - VOSR

Dear Judge Engelmayer:

    I write with the consent of the Government requesting that the Court adjourn the previously scheduled conference for Tuesday, January 12, 2021 to a date in February convenient to the Court.

    I have conferred with AUSA Daniel Wolf who has advised me that he conferred with Probation officials regarding this application and that Probation also does not object.

    If the foregoing meets with Your Honor's approval, then I respectfully request that you "So Order" this letter. Thank you for your attention to, and consideration in, this matter.  I hope you and your staff are well.

                                                                        Respectfully submitted,

Daniel S. Parker
Parker and Carmody, LLP
850 Third Ave., 14th Floor
New York, NY 10022
Cell:    917-670-7622

**GRANTED.** The conference is adjourned to February 16, 2021 at 2:30 p.m. The Clerk of Court is requested to terminate the motion at Dkt. No. 655.

1/8/2021

SO ORDERED.

      */s/ Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge