**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
30 EAST 33RD STREET
6TH FLOOR
NEW YORK, N.Y. 10016

DANIEL S. PARKER  TELEPHONE: (212) 239-9777
MICHAEL CARMODY  FACSIMILE:  (212) 239-9175
CHRISTINA S. COOPER  DanielParker@aol.com

February 2, 2021

**By ECF**
Hon. Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: <u>United States v. Kari Parker</u>
19 Cr 131 (PAE) - VOSR

Dear Judge Engelmayer:

    I write with the consent of the Government requesting that the Court adjourn the previously scheduled conference for Tuesday, February 16, 2021 to a date in mid-April convenient to the Court.

    I have conferred with AUSA Daniel Wolf who has advised me that he conferred with Probation officials regarding this application and that Probation also does not object.

    If the foregoing meets with Your Honor's approval, then I respectfully request that you "So Order" this letter.

    Thank you for your attention to, and consideration in, this matter. I hope you and your staff are well.

Respectfully submitted,

*/s/ Daniel S. Parker*

Daniel S. Parker
Parker and Carmody, LLP
30 East 33rd St., 6th Floor
New York, NY 10016
Cell:  917-670-7622

---

**GRANTED.** The Court adjourns the next conference in this case until April 22, 2021 at 2:30 p.m. The Clerk of Court is requested to terminate the motion at Dkt. No. 681.

2/2/2021

SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge