

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 21, 2021

**By ECF and Email**
Honorable Paul A. Engelmayer
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007
EngelmayerNYSDChambers@nysd.uscourts.gov

    Re:    *United States v. Kari Parker,* **19 Cr. 131 (PAE)**

Dear Judge Engelmayer:

    The Government respectfully requests that the violation of supervised release conference in the above-referenced case that is scheduled for tomorrow at 2:30 p.m. be adjourned approximately two weeks. After conferring with defense counsel, the Probation Office, and the Court, the Government understands that all interested parties are available for such a conference on the afternoon of May 6, 2021.

    Respectfully Submitted,

    AUDREY STRAUSS
    United States Attorney

by: /s/
    Daniel H. Wolf
    Rushmi Bhaskaran
    Benjamin Woodside Schrier
    Assistant United States Attorneys
    (212) 637-2337/2439/1062

**GRANTED.** The conference is adjourned to May 6, 2021 at 2:30 p.m.
The Clerk of Court is requested to terminate the motion at Dkt. No. 757.

4/21/2021
SO ORDERED.

*[signature]*
PAUL A. ENGELMAYER
United States District Judge