```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
UNITED STATES OF AMERICA,                                               :
                                                                        :
              -v-                                                       :    19-CR-131-01 (PAE)
                                                                        :
KARI PARKER,                                                            :    SCHEDULING ORDER
                                                                        :
                          Defendant.                                    :
                                                                        :
------------------------------------------------------------------------X
```

PAUL A. ENGELMAYER, District Judge:

The Court schedules supervised release violation hearing in this case for **July 21, 2021** at **10:30 a.m.** in **Coutroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY. The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer. For the safety of all involved, the Court requests that members of the public who wish to attend this conference use the following dial in information to access the conference; call 888-363-4749 and use access code 468-4906.

SO ORDERED.

Dated: July 13, 2021
       New York, New York

PAUL A. ENGELMAYER
United States District Judge