**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
30 EAST 33RD STREET
6TH FLOOR
NEW YORK, N.Y. 10016

DANIEL S. PARKER
MICHAEL CARMODY
CHRISTINA S. COOPER

TELEPHONE: (212) 239-9777
FACSIMILE:  (212) 239-9175
DanielParker@aol.com

July 15, 2021

**By ECF**
Hon. Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: <u>United States v. Kari Parker</u>
19 Cr 131 (PAE) - VOSR

Dear Judge Engelmayer:

    I write with the consent of the Government requesting that the Court adjourn the previously scheduled conference for Wednesday, July 21, 2021, to a date in late September convenient to the Court.

    I have conferred with AUSA Daniel Wolf who has advised me that he does not object to this request.

    As this Court is well aware, one of the specifications of this VOSR alleges that Mr. Parker engaged in an act of domestic violence against his wife. There are related misdemeanor criminal charges pending in Suffolk County District Court. That case is moving at a snail's pace. I have conferred with the attorney who represents Mr. Parker in Suffolk County and she advised me that she is diligently attempting to get that Court to schedule a trial. Given the backlog as a result of the pandemic, the next scheduled court date in Suffolk County is September 9, 2021.

    The parties in this VOSR anticipate being able to reach a resolution of the non-domestic violence charges here, and the Government is willing to hold that one allegation in abeyance, but it appears that would have no practical effect on concluding this matter. Although we are as anxious as the Court is to move this case, help Mr. Parker move on with his life, achieve finality and get this matter off of Your Honor's calendar, we believe it would be imprudent to go forward with a hearing at this time. It is for that reason that we are requesting this adjournment.

    If the foregoing meets with Your Honor's approval, then I respectfully request that you "So Order" this letter.

Thank you for your attention to, and consideration in, this matter.

Respectfully submitted,

*Daniel S. Parker*

<u>Daniel S. Parker</u>
Parker and Carmody, LLP
30 East 33rd Street
6th Floor
New York, NY 10022
Cell: 917-670-7622

Cc: AUSA Dan Wolf (By ECF and email)

**GRANTED.** The Court adjourns next week's conference and sets a next conference in this case for September 28, 2021 at 11:30 a.m. The Court wishes counsel a good summer. The Clerk of Court is requested to terminate the motion at Dkt. No. 878.

7/15/2021
SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge