```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA                                          :
                                                                  :
        -v-                                                       :   19-CR-131-10 (PAE)
                                                                  :
KARI PARKER,                                                      :   SCHEDULING ORDER
                                                                  :
                        Defendant(s).                             :
                                                                  :
------------------------------------------------------------------X
```

PAUL A. ENGELMAYER, United States District Judge:

It is hereby ORDERED that the conference in this matter, presently scheduled for **December 13, 2021**, is ADJOURNED to **January 19, 2022,** at **12:00 p.m.**

SO ORDERED.

Dated: December 1, 2021
       New York, New York

                                    _____
                                    PAUL A. ENGELMAYER
                                    United States District Judge