

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 1, 2022

**By ECF**

Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

   Re:   *United States* v. *Kari Parker*, 19 Cr. 131 (PAE)

Dear Judge Engelmayer:

   The Government respectfully requests, with the consent of defense counsel, that the violation-of-supervised-release ("VOSR") conference for defendant Kari Parker scheduled for April 7, 2022, be adjourned to May 11, 2022, at 11:00 a.m., or to a date and time that is convenient for the Court.

   The defendant is alleged to have violated the conditions of his supervised release through, among other conduct, committing a crime that is being prosecuted by the Suffolk County District Attorney's Office. Parker's parallel prosecution by the Suffolk County District Attorney's Office remains pending, with the next status conference in that matter scheduled for April 20, 2022.

   The Government seeks an adjournment of the April 7 conference to allow for Parker's state prosecution to proceed further before the parties consider a potential pre-hearing resolution of the VOSR allegations pending against Parker. The Government respectfully submits that an adjournment to May 11, 2022, at 11:00 a.m., or to a date and time that is convenient for the Court, will achieve that end.

                      Respectfully submitted,

                      DAMIAN WILLIAMS
                      United States Attorney

                   by:  _____/s/_____
                      Rushmi Bhaskaran
                      Daniel H. Wolf
                      Assistant United States Attorneys
                      (212) 637-2439 / 2337

**GRANTED.** The Clerk of Court is requested
to terminate the motion at Dkt. No. 941.

                                4/4/2022

SO ORDERED.

*Paul A. Engelmayer*
_____
            PAUL A. ENGELMAYER
            United States District Judge