

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 26, 2022

**By ECF**
Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

    Re:   *United States* v. *Kari Parker*, 19 Cr. 131 (PAE)

Dear Judge Engelmayer:

    The Government respectfully requests, with the consent of defense counsel, that the violation-of-supervised-release ("VOSR") conference for defendant Kari Parker scheduled for May 11, 2022, be adjourned to a date and time in mid-June 2022.

    The defendant is alleged to have violated the conditions of his supervised release through, among other conduct, committing a crime that is being prosecuted by the Suffolk County District Attorney's Office. Parker's parallel prosecution by the Suffolk County District Attorney's Office is ongoing, with a motion to dismiss pending and the next status conference in that matter scheduled for June 3, 2022.

    The Government seeks an adjournment of the May 11, 2022 conference to allow for Parker's state prosecution to proceed further before the parties consider a potential pre-hearing resolution of the VOSR allegations pending against Parker. The Government respectfully submits that an adjournment to mid-June 2022 will achieve that end.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

by:    /s/
    Rushmi Bhaskaran
    Daniel H. Wolf
    Assistant United States Attorneys
    (212) 637-2439 / 2337

---

**GRANTED.** The conference is adjourned to June 13, 2022 at 11:30 a.m. This conferene will be held in Courtroom 1305 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY. The Clerk of Court is requested to terminate the motion at Dkt. No. 943.

SO ORDERED.

4/28/2022

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge