**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
30 EAST 33RD STREET
6TH FLOOR
NEW YORK, N.Y. 10016

DANIEL S. PARKER                                                    TELEPHONE: (212) 239-9777
MICHAEL CARMODY                                                    FACSIMILE:  (212) 239-9175
CHRISTINA S. COOPER                                                DanielParker@aol.com

June 7, 2022

**By ECF and email**
Hon. Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: **United States v.  Kari Parker**
**19 Cr 131 (PAE) - VOSR**

Dear Judge Engelmayer:

 I write requesting that the Court:

1) Adjourn the conference scheduled for Monday, June 13, 2022; and
2) Amend the conditions of Mr. Parker's bail; specifically removing the requirement of location monitoring enforced by an ankle bracelet.

I have conferred with AUSA Daniel Wolf who advised me that he does not object to the defendant's request to adjourn the Violation of Supervised Release (VOSR) conference, currently set for Monday, June 13, 2022, to a date on or about July 20, 2022.

The reason for this request is that the underlying and related Suffolk County District Court case is still pending.  I have spoken with Mr. Parker's Suffolk County attorney, who filed a motion to dismiss on speedy trial grounds. The Suffolk County District Court has adjourned that case to June 21, 2022, for her to reply to the prosecutor's opposition. She anticipates that the Court will render its decision within a few weeks after that date.

As to Mr. Parker's request to eliminate location monitoring, I have spoken with Jeff Steimel, his supervising Probation Officer in the S.D.N.Y. and Craig Schneider, Probation Officer from the E.D.N.Y. who supervises Mr. Parker as courtesy to the S.D.N.Y. – and both take no position with respect to this application. Mr. Schneider told me that Mr. Parker has been on an ankle bracelet for approximately a year and one-half and has been compliant with his location monitoring obligations.

1

AUSA Wolf told me that he defers to Probation with respect to this request.

Given the length of time that this matter has been pending, the length of time that Mr. Parker has been on an ankle bracelet, and his compliance with that obligation, I respectfully request that the Court eliminate that condition of his release.

If the foregoing meets with Your Honor's approval, then I respectfully request that you "So Order" this letter. Thank you for your attention to, and consideration in, this matter.

Respectfully submitted,

Daniel S. Parker
Parker and Carmody, LLP
30 East 33rd St., 6th Floor
New York, NY 10016
Cell:    917-670-7622

Cc:  AUSA Dan Wolf (By ECF and email)

**GRANTED** as to both requests – the Court adjourns the conference until August 2, 2022 at 11:00 a.m. and authorizes the removal of the ankle monitor. The Clerk of Court is requested to terminate the motion at Dkt. No. 947.

6/10/2022

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

2