UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          -v-<br><br>KARI PARKER,<br><br>                                        Defendant. | 19-CR-131-10 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

The Court has received a letter from the Government summarizing the testimony and other evidence it intends to offer at the evidentiary hearing scheduled for **Tuesday, October 4, 2022**, on the pending violation specifications.  Dkt. No. 963.  To assure that there is sufficient time to receive such evidence that day, and in light of a conference in another matter that the Court has at 2:30 p.m. that day which cannot be moved, the Court hereby reschedules the hearing to begin at **9:00 a.m.** rather than at 10:30 a.m. as previously scheduled.  The Court will invite brief opening statements from counsel at the start of the hearing

SO ORDERED.

                                                                        PAUL A. ENGELMAYER
                                                                        United States District Judge

Dated: September 28, 2022
       New York, New York