

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 2, 2022

**BY ECF AND EMAIL**
The Hon. Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *United States v. Kari Parker*, 19 Cr. 131 (PAE)

Dear Judge Engelmayer:

      The Government submits this letter, with the consent of the Probation Offices for the United States District Courts for the Southern and Eastern District of New York (the "Probation Offices"), to respectfully request that any notes and chronologies maintained by the Probation Offices that reference statements made by Jelani Parker, the brother of Kari Parker, the defendant, regarding the domestic violence incident on April 8, 2020, be unsealed and produced to the Government and defendant.

      The Government has been informed by the Probation Offices that their files cannot be turned over without an order from the Court unsealing them. As the Court is aware, the defendant has indicated his intention to call to the stand Jelani Parker when the defendant's violation of supervised release hearing continues on November 22, 2022. From discussions with Probation Officers Jeffrey Steimel and Craig Schneider, the Government understands that the notes and chronologies maintained by the Probation Offices likely contain material regarding statements made by Jelani Parker with respect to the April 8, 2020, domestic violence incident. Accordingly, the Government respectfully requests that these materials be unsealed.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney

By: _____
      Adam Sowlati
      Daniel Wolf
      Assistant United States Attorney
      (212) 637-2438/2337

CC: Daniel Parker, Esq. (by email)
Probation Officer Jeffrey Steimel (SDNY) (via email)
Probation Officer Craig Schneider (EDNY) (via email)

GRATNED. The Clerk of Court is requested to terminate the motion at Dkt. No. 976.

11/2/2022

SO ORDERED:

*Paul A. Engelmayer* (signature)

THE HON. PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK