**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
30 EAST 33RD STREET
6TH FLOOR
NEW YORK, N.Y. 10016

DANIEL S. PARKER                                                                          TELEPHONE: (212) 239-9777
MICHAEL CARMODY                                                                      FACSIMILE:  (212) 239-9175
CHRISTINA S. COOPER                                                                   DanielParker@aol.com

November 7, 2022

**By ECF and email**
Hon. Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: **United States v. Kari Parker**
19 Cr 131 (PAE) - VOSR

Dear Judge Engelmayer:

    I write requesting that the Court adjourn the continued VOSR hearing to December 13, 2022. I am currently on trial in the EDNY and it is quite likely that the trial will not have concluded by the currently scheduled continued hearing date of November 22, 2022.

    After conferring with the Court and the Government, it is my understanding that all parties and witnesses are available on December 13, 2022.

    Thank you for your attention to, and consideration in, this matter.

Respectfully submitted,

*/s/ Daniel S. Parker*

Daniel S. Parker
Parker and Carmody, LLP
30 East 33rd St., 6th Floor
New York, NY 10016
DanielParker@aol.com
Cell:    917-670-7622

**GRANTED.** The hearing is adjourned until 9:30 a.m. on December 13, 2022. There will be no further adjournments. The Clerk of Court is requested to terminate the motion at Dkt. No. 980.

11/9/2022

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge