UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>KARI PARKER,<br><br>　　　　　　　　　　　Defendant. | 19-CR-131-10 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

Pending the defendant's self-surrender, which is scheduled for January 6, 2023, the defendant shall remain at liberty, during which time he will be subject to conditions of release that track the conditions of supervised release that were in place through today's sentencing hearing (at which supervised release was revoked).

SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　　　*Paul A. Engelmayer*
　　　　　　　　　　　　　　　　　　　　　　　　　　PAUL A. ENGELMAYER
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated: December 20, 2022
　　　　New York, New York