UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

KARI PARKER,

Defendant.

19-CR-131-10 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court is in receipt of the defendant's letter requesting permission for the defendant's use of medical marijuana (Dkt. No. 1003). The Court, in consultation with the Probation Department, orders the following:

Mr. Parker is permitted to use medical marijuana pursuant to a physician's lawfully issued prescription. To the extent authorized by such a prescription only, his request to allow the use of medical marijuana while on supervised release is approved. The use of medical marijuana by Mr. Parker is subject to monitoring by the supervising Probation Department. Mr. Parker will continue to provide urine samples in accordance with the mandatory and special conditions of supervised release. During periods that Mr. Parker is prescribed medical marijuana, the mandatory notification of marijuana positives is waived.

The Clerk of Court is requested to terminate the motion at Dkt. No. 1003.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: July 6, 2023
       New York, New York