UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
                                                 :

UNITED STATES OF AMERICA         :     ORDER

          - v. -                              :

                                                 :     19-CR-131-10 (PAE)

KARI PARKER,                            :

                                                 :

          Defendant.                :

                                                 :
------------------------------------- x

PAUL A. ENGELMAYER, District Judge:

      IT IS HEREBY ORDERED that the terms of supervised release for KARI PARKER, the defendant, be amended to include the following additional conditions:

1. The defendant shall stay-away from ▮▮▮▮▮▮▮, including but not limited to the residence, business, school, and place of employment of ▮▮▮▮▮; shall avoid communicating with ▮▮▮▮▮ by mail, telephone, email, voicemail, or other electronic means directly or indirectly; and contacting ▮▮▮▮▮ through third parties.

2. The defendant must refrain from engaging in violence against ▮▮▮▮▮ or threatening violence against ▮▮▮▮▮, directly or indirectly.

3. The defendant shall be subject to home detention, enforced by GPS monitoring. The defendant is permitted to leave his residence for employment, community service, medical appointments, court appearances, religious services, and other pre-approved activities at the discretion of his Probation Officer.

SO ORDERED.

Dated: New York, New York
       February 26, 2024

                                                 *Paul A. Engelmayer*
                                        HONORABLE PAUL A. ENGELMAYER
                                        UNITED STATES DISTRICT JUDGE
                                        SOUTHERN DISTRICT OF NEW YORK