**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
30 EAST 33RD STREET
6TH FLOOR
NEW YORK, N.Y. 10016

DANIEL S. PARKER　　　　　　　　　　　　　　　　　　　　　　　　　　TELEPHONE: (212) 239-9777
MICHAEL CARMODY　　　　　　　　　　　　　　　　　　　　　　　　　　FACSIMILE: (212) 239-9175
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　DanielParker@aol.com

June 5, 2024

**By ECF and email**
Hon. Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

　　　　　　　　　　　Re: **United States v. Kari Parker**
　　　　　　　　　　　　**19 Cr 131 (PAE) - VOSR**

Dear Judge Engelmayer:

　　I write with the consent of the Government requesting that the Court adjourn the conference in this VOSR matter currently scheduled for June 13, 2024.

　　After conferring with all parties, it is my understanding that the Court is available on July 29th and July 30, 2024. Accordingly, I respectfully request that the Court adjourn this matter to either date.

　　The defendant's Suffolk County case which is the underlying offense to this VOSR, has been adjourned to July 1, 2024 and until that case is resolved, it is unlikely that we will be in a position to resolve this matter.

　　Thank you for your attention to, and consideration in, this matter.

　　　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　*Daniel S. Parker*
　　　　　　　　　　　　　　　　　　　　　　　　　　Daniel S. Parker
　　　　　　　　　　　　　　　　　　　　　　　　　　Parker and Carmody, LLP
　　　　　　　　　　　　　　　　　　　　　　　　　　30 East 33rd St., 6th Floor
　　　　　　　　　　　　　　　　　　　　　　　　　　New York, NY 10016
　　　　　　　　　　　　　　　　　　　　　　　　　　DanielParker@aol.com
　　　　　　　　　　　　　　　　　　　　　　　　　　Cell:　917-670-7622

GRANTED. The Court reschedules the conference for July 30, 2024, at 11:30 a.m.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: June 6, 2024
　　　　New York, New York