**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
30 EAST 33RD STREET
6TH FLOOR
NEW YORK, N.Y. 10016

DANIEL S. PARKER
MICHAEL CARMODY

TELEPHONE: (212) 239-9777
FACSIMILE:  (212) 239-9175
DanielParker@aol.com

July 15, 2024

**By ECF and email**
Hon. Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: **United States v.  Kari Parker**
**19 Cr 131 (PAE) - VOSR**

Dear Judge Engelmayer:

 I write with the consent of the Government requesting that the Court adjourn the conference in this VOSR matter currently scheduled for July 30, 2024 until mid to late September.

Mr. Parker's Suffolk County case has been adjourned to September 9, 2024.  The charges in this case serve as the basis for the underlying charges in this VOSR and thus, we are unable to resolve this matter until that matter is complete.  Accordingly, I respectfully request that the Court adjourn this matter to a date in mid to late September.

I also request that the Court amend the conditions of Mr. Parker's bail, remove the requirement of home detention and impose a curfew in its place, monitored by location monitoring, and the time of the curfew is to be imposed at the discretion of his Probation Officer.

I have conferred with Probation Officer Alex Barcenes who does not oppose this proposed modification. I have conferred with the Government who defers to probation.

If the foregoing requests meet with the Court's approval, then I respectfully request that the Court "So Order" this letter.

Thank you for your attention to, and consideration in, this matter.

Respectfully submitted,

*Daniel S. Parker*

Daniel S. Parker
Parker and Carmody, LLP
30 East 33rd St., 6th Floor
New York, NY 10016
DanielParker@aol.com
Cell:    917-670-7622

Cc:  AUSA Adam Sowlati
    AUSA Daniel Wolf (By ECF and email)
    Probation Officer Lauren Blackford
    Probation Officer Alex Barcenes (by email only)

**GRANTED.** The conference is adjourned to September 16, 2024 at 12:00 p.m. The Court also **GRANTS** the proposed amendments to the supervised release terms as stated above. The Clerk of Court is requested to terminate the motion at Dkt. No. 1025.

7/16/2024

SO ORDERED.

_____
    PAUL A. ENGELMAYER
    United States District Judge