**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
30 EAST 33ʳᴰ STREET
6ᵀᴴ FLOOR
NEW YORK, N.Y. 10016

DANIEL S. PARKER                                                                      TELEPHONE: (212) 239-9777
MICHAEL CARMODY                                                                   FACSIMILE:  (212) 239-9175
                                                                                                   DanielParker@aol.com

October 18, 2024

**By ECF and email**
Hon. Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: **United States v. Kari Parker**
19 Cr 131 (PAE) - VOSR

Dear Judge Engelmayer:

I write with the consent of the Government requesting that the Court adjourn the conference in this VOSR matter currently scheduled for October 30, 2024.

The defendant's Suffolk County case which is the underlying offense to this VOSR, has been adjourned to November 14, 2024 and until that case is resolved, it is unlikely that we will be in a position to resolve this matter.

Accordingly, I respectfully request that the Court adjourn the scheduled conference.

I will be on trial from November 13-27, 2024. I will be away from December 13ᵗʰ on vacation.

I respectfully request that the Court adjourn this conference to a date in early December, preferably any date between December 5ᵗʰ and December 12ᵗʰ, if possible. I have conferred with the Government and Probation and all parties are available during that time.

If the foregoing meets with the Court's approval, then I respectfully request that the Court "So Order" this letter.

Thank you for your attention to, and consideration in, this matter.

Respectfully submitted,

*Daniel S. Parker*

Daniel S. Parker
Parker and Carmody, LLP
30 East 33rd St., 6th Floor
New York, NY 10016
DanielParker@aol.com
Cell:   917-670-7622

Cc:  AUSA Adam Sowlati
     AUSA Daniel Wolf
     P.O. L. Blackford (By email)

**GRANTED.** The conference is adjourned to December 10, 2024 at 12:00 p.m. The Clerk of Court is requested to terminate the motion at Dkt. No. 1039.

10/21/2024

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

2