**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
30 EAST 33RD STREET
6TH FLOOR
NEW YORK, N.Y. 10016

DANIEL S. PARKER
MICHAEL CARMODY

TELEPHONE: (212) 239-9777
FACSIMILE: (212) 239-9175
DanielParker@aol.com

December 7, 2024

**By ECF and email**
Hon. Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: **United States v. Kari Parker**
19 Cr 131 (PAE) - VOSR

Dear Judge Engelmayer:

I write requesting that the Court adjourn the conference in this VOSR matter currently scheduled for December 10, 2024.

I just learned that the defendant's Suffolk County case which is the underlying offense to this VOSR, has been adjourned to December 18, 2024 and until that case is resolved, it is unlikely that we will be in a position to resolve this matter.

Accordingly, I respectfully request that the Court adjourn the scheduled conference.

I will be unavailable until January 15, 2025. I request that the Court adjourn the conference to a date thereafter.

If the foregoing meets with the Court's approval, then I respectfully request that the Court "So Order" this letter.

Thank you for your attention to, and consideration in, this matter.

Respectfully submitted,

1

*Daniel S. Parker*

<u>Daniel S. Parker</u>
Parker and Carmody, LLP
30 East 33rd St., 6th Floor
New York, NY 10016
DanielParker@aol.com
Cell:   917-670-7622

Cc:  AUSA Adam Sowlati
    AUSA Daniel Wolf
    P.O. L. Blackford (By email)

**GRANTED.** The conference is adjourned to January 16, 2025 at 11:00 a.m. The Clerk of Court is requested to terminate the motion at Dkt. No. 1044.

12/9/2024

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge