UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

UNITED STATES OF AMERICA

        v.

KARI PARKER,

        Defendant.

------------------------------------------------------------

**ORDER**

19-CR-131-10 (PAE)

PAUL A. ENGELMAYER, DISTRICT JUDGE:

    IT IS HEREBY ORDERED that the terms of Supervised Release of Defendant KARI PARKER, be amended as follows:

1. The Defendant shall be permitted to work overtime at his place of employment;

2. The Defendant shall be required to text and/or notify his Probation Officer as soon as he learns that he has been provided with the opportunity to work overtime;

3. The Defendant is only permitted to work overtime when he notifies his Probation Officer; otherwise the 6 p.m. curfew remains in effect;

4. On occasions where the Defendant works overtime, he is permitted to work up until 8 p.m. and he must return to his residence by 8:30 p.m.

5. The Defendant shall provide his Probation Officer with the name and contact telephone number of a supervisor at his place of employment who can verify that the Defendant did, in fact, work overtime on the dates he notified his Probation Officer that he was asked to work overtime.

SO ORDERED

Dated New York, NY
January 17, 2025

                              *Paul A. Engelmayer*
                    HON. PAUL A. ENGELMAYER
                    UNITED STATES DISTRICT JUDGE
                    SOUTHERN DISTRICT OF NEW YORK